UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

*In re. Application of Enjoined Filer MICHAEL A. NORTON to proceed with civil action against THE PENOBSCOT JUDICIAL CENTER and TYLER TECHNOLOGIES, INC.*

No. 1:26-mc-00109-LEW

On September 11, 2024, this court enjoined Michael A. Norton "from filing new cases in the District of Maine without obtaining the Court's prior permission by showing that his proposed pleading is sufficiently plain and definite to satisfy Federal Rule of Civil Procedure 8 and to warrant a response." Order Affirming Recommended Decision of the Magistrate Judge (ECF No. 8), *Norton v. United States*, No. 1:24-cv-00255 (D. Me. Sept. 11, 2024). The injunction was imposed due to three prior civil actions that were summarily dismissed for failure to state a claim, the most recent of which warned Mr. Norton that filing restrictions would be imposed for continued filing of groundless actions. *See Norton v. Internal Revenue Serv.*, No. 1:23-cv-00206 (D. Me. June 8, 2023); *Norton v. Biden*, No. 1:22-cv-00274 (D. Me. Sept. 29, 2022); *Norton v. Univ. of Maine-Orono Physics Dep't*, No. 1:20-cv-00030 (D. Me. May 19, 2020).

On or about February 13, 2026, Mr. Norton delivered to the court a request for leave to file a new civil action, an application to proceed without prepayment of costs, and a proposed complaint. The proposed complaint states that the new electronic case filing system used at the Penobscot Judicial Center, which evidently is supported by Tyler Technologies, will report cases, including "violations and criminal cases" when Mr. Norton

runs a query of his name.  Mr. Norton claims that the system's responses to such queries are defamatory and "stalk" him, maliciously and abusively, and implicate his rights to assemble and practice his religion.  Mr. Norton also complains that the protection from abuse form complaint authored by the Maine Judicial Branch is "Epsteinist" in nature, evidently in relation to check boxes on the form that allow for allegations involving sex trafficking and abuse.  Reading between the lines, it is possible that Mr. Norton wants to use the protection from abuse form in state court to obtain relief from Tyler Technologies and is frustrated that the check boxes do not fit his own needs.

Mr. Norton filed a supplemental letter on March 13, 2026, which seems to withdraw his request to proceed in this Court.  However, Mr. Norton suggests that perhaps his concerns with the PJC are best heard here.

Mr. Norton's assertions and inquiries do not include any plain and definite statement of a claim that would warrant a response from the proposed defendants.  Nothing in the allegations indicates the presence of a <u>federal</u> claim over which this court could exercise jurisdiction.  Also, nothing in the allegations indicates that Tyler Technologies is responsible for the data entered into the public docketing system.  Additionally, overlooking the fact that the Penobscot Judicial Center is a building and not a proper party defendant, the State of Maine and its agencies have immunity against a claim for money damages filed in federal court.

Mr. Norton's request is denied.

SO ORDERED.

Dated this 18th day of March, 2026

/s/ Lance E. Walker
Chief U.S. District Judge